IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERGIO L. CARREON, | **No. C 09-5623 RS** |
| Plaintiff, | **ORDER RE FILING DEADLINE** |
| v. | |
| ALZA CORPORATION, et al., | |
| Defendants. | |

In the event plaintiff intends to seek remand of this action based on any contention that Alza Corporation is a citizen of California for purposes of diversity jurisdiction and had been served with summons and complaint at the time of removal, plaintiff must file its motion for remand within 30 days of the removal or any such grounds for remand will be deemed waived. See *In re Shell Oil Co.* 932 F.2d 1518, 1522-23 (5th Cir.1991)

IT IS SO ORDERED.

Dated: December 14, 2009

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE