*E-Filed 7/9/10*

TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS SBN 146904
MOLLIE BENEDICT SBN 187084
WILLIAM H. DANCE SBN 230041
515 South Flower Street, Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409
E-Mail: michael.zellers@tuckerellis.com;
mollie.benedict@tuckerellis.com;
william.dance@tuckerellis.com

TUCKER ELLIS & WEST LLP
REBECCA M. BIERNAT SBN 198635
135 Main Street, Suite 700
San Francisco, California 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409
E-Mail: rebecca.biernat@tuckerellis.com

Attorneys for Defendant ALZA CORPORATION and SANDOZ INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO L. CARREON, as Surviving Spouse of SUSANA Y. CARREON, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>ALZA CORPORATION, SANDOZ INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C 09 05623 RS<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR MEDIATION UNDER ADR L.R. 6-5 AND CIVIL L.R. 7** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES:

Pursuant to ADR L.R. 6-5 and Civil L.R. 7, Defendants ALZA Corporation and Sandoz Inc. (collectively, "Defendants"), through their counsel, hereby requests that the Court extend the deadline for the parties to complete Mediation.

1    On March 25, 2010, this Court issued the "Case Management Scheduling Order." This order referred this case to mediation to be completed within one hundred and twenty (120) days. On March 29, 2010, this Court appointed a mediator, Robert F. Espstein.

After the appointment of the mediator, the parties participated in a pre-mediation teleconference with the mediator. Essentially, the parties generally discussed the issues involved in this case and agreed to mediate this matter on July 21, 2010.

At present, however, Plaintiff has not been deposed and his deposition is necessary for the mediation. Defendants' and Plaintiff's counsel have worked diligently to schedule Plaintiff's deposition, but scheduling conflicts have prevented this deposition from going forward. Currently, Plaintiff's deposition is set for July 20, 2010. Furthermore, Defendants expect that information learned during Plaintiff's deposition may ultimately result in their need to conduct additional discovery. As such, mediating this case at this time would be unproductive.

In addition, both parties have agreed to have Paul Finn mediate this case. Given the medical, scientific, and manufacturing issues presented in this case, it is necessary to have a mediator who is familiar with these issues. Mr. Finn has successfully mediated other similar cases involving the similar medical, scientific, and manufacturing issues presented here.

Plaintiff's counsel does not oppose this extension and concurs with this request. Accordingly, both parties agree to complete the mediation by September 27, 2010. Both parties further agree to have Paul Finn mediate this case. Furthermore, the mediation deadline extension will have no effect on any other dates set forth in the case management order.

DATED: 7/7/10

**TUCKER ELLIS & WEST LLP**
MICHAEL C. ZELLERS
MOLLIE F. BENEDICT
WILLIAM H. DANCE

By: *Mollie F. Benedict* (signature)
Mollie F. Benedict
Attorneys For Defendants
ALZA CORPORATION and SANDOZ INC.

DATED: 7/7/10

**BLIZZARD, MCCARTHY & NABERS, L.L.P.**
EDWARD BLIZZARD
J. SCOTT NABERS
REBECCA KING

By: /s/ Rebecca King
Rebecca King
Attorneys for Plaintiffs
SERGIO L. CARREON, as Surviving Spouse of
SUSANA Y. CARREON, Deceased

---

3
STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR MEDIATION
012165 / 003859 / 667974 / 1 /

## [PROPOSED] ORDER

IT IS SO ORDERED.

Pursuant to the Stipulation above, the Court hereby extends the deadline for the Mediation to occur no later than September 27, 2010. The Court also hereby permits the parties and counsel to use Paul Finn to mediate this case. Furthermore, the mediation deadline extension will have no effect on any other dates set forth in the case management order.

DATED: 7/8/10

_____
JUDGE OF THE DISTRICT COURT