**\*E-Filed  9/27/10\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Sergio L. Carreon,

          Plaintiffs,

  v.

Alza Corp., et al.,

          Defendants.

_____/

No. C 09-05623 RS

**STANDBY ORDER TO SHOW CAUSE**

       The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **December 2, 2010**.   If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 9, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated:   9/27/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-05623 RS

STANDBY ORDER TO SHOW CAUSE

2