*E-Filed 10/12/10*

1  Paul R. Kiesel, Esq. (SBN119854)
   Helen Zukin, Esq. (SBN 117933)
2  KIESEL, BOUCHER & LARSON, L.L.P.
   8648 Wilshire Boulevard
3  Beverly Hills, California 90211-2910
4  Telephone: (310) 854-4444
   Facsimile: (310) 854-0812
5
   Edward Blizzard, Esq. (*Pro Hac Vice Pending*)
6  Scott Nabers, Esq. (*Pro Hac Vice Pending*)
7  Rebecca King, Esq. (*Pro Hac Vice Pending*)
   BLIZZARD, McCARTHY & NABERS, L.L.P.
8  440 Louisiana, Suite 1710
   Houston, Texas 77002
9  Telephone: (713) 844-3750
   Facsimile:  (713) 844-3755
10
11 ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGIO L. CARREON, individually and as Surviving Spouse of SUSANA Y. CARREON, Deceased and OMAR ARREOLA, Minor Child of SUSANA Y. CARREON, Deceased, by and through his Joint Managing Conservators, NORMA RAMIREZ and JOE RAMIREZ,<br><br>Plaintiffs,<br><br>v.<br><br>ALZA CORPORATION, SANDOZ, INC., and DOES 1 through 1000,<br><br>Defendants. | **CASE NUMBER:** C-09-05623 RS<br><br>[PROPOSED]<br>**ORDER GRANTING PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT** |

---

1

[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE FIRST
AMENDED COMPLAINT - Case No. C 09 05623 RS

| | |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | |
| 3 | Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that: |
| 4 | 1. Plaintiffs may file their First Amended Complaint; |
| 5 | 2. Defendants shall have twenty (20) days from the service of Plaintiffs' First Amended Complaint to file a responsive pleading. |

1. Plaintiffs may file their First Amended Complaint;

2. Defendants shall have twenty (20) days from the service of Plaintiffs' First Amended Complaint to file a responsive pleading.

IT IS SO ORDERED.

DATED: __10/12_____, 2010.

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

---

2
[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE FIRST
AMENDED COMPLAINT - Case No. C 09 05623 RS