1  TUCKER ELLIS & WEST LLP
   MICHAEL C. ZELLERS - SBN 146904
2  MOLLIE BENEDICT - SBN 187084
   WILLIAM H. DANCE - SBN 230041
3  ROBERT K. DIXON - SBN 262252
   515 South Flower Street, Forty-Second Floor
4  Los Angeles, CA 90071-2223
   Telephone: 213.430.3400
5  Facsimile: 213.430.3409
   E-Mail: michael.zellers@tuckerellis.com;
6          mollie.benedict@tuckerellis.com;
           william.dance@tuckerellis.com
7          robert.dixon@tuckerellis.com

8  TUCKER ELLIS & WEST LLP
   REBECCA M. BIERNAT - SBN 198635
9  135 Main Street, Suite 700
   San Francisco, California 94105
10 Telephone: 415.617.2400
   Facsimile: 415.617.2409
11 E-Mail: rebecca.biernat@tuckerellis.com

12 Attorneys for Defendants
   ALZA CORPORATION and SANDOZ INC.
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17 | SERGIO L. CARREON, as Surviving Spouse | CASE NO. C 09 05623 RS
   | of SUSANA Y. CARREON, Deceased, et al. |
18 |                                         | Hon. Richard Seeborg
   | Plaintiffs,                             |
19 |                                         | **STIPULATED REQUEST TO**
   | v.                                      | **RESCHEDULE STIPULATED**
20 |                                         | **DISMISSAL DEADLINE AND**
   | ALZA CORPORATION, SANDOZ INC., and      | **HEARING TO SHOW CAUSE AND**
21 | DOES 1 through 100, inclusive,          | [PROPOSED] **ORDER**
   |                                         |
22 | Defendants.                             |

23

24      Defendants ALZA Corporation and Sandoz Inc. and Plaintiffs Sergio L. Carreon and

25 Omar Arreola, by and through his joint managing conservators, Norma Ramirez and Joe

26 Ramirez, hereby jointly move the Court to reschedule the deadline to file the stipulated dismissal

27 and the related hearing to show cause in this matter.

28      //

---
STIPULATED REQUEST TO RESCHEDULE DISMISSAL DEADLINES
CASE NO. C 09 05623 RS

012165 / 003859 / 685852 / 1 /

Good cause exists for rescheduling these deadlines in this case because the parties are in the process of arranging a structured settlement to best protect the interests of minor plaintiff Omar Arreola. The details of the structured settlement are complicated and require some negotiation between the parties and with the annuity provider. There is no dispute as to the basic dollar amount and terms of the settlement. The parties are negotiating in good faith and have made substantial progress but will not be able to finalize settlement by the current dismissal deadline of December 2, 2010, nor, because of this, will they be prepared for the currently-scheduled hearing to show cause before Your Honor on December 9, 2010.

The parties have agreed to stipulate, and hereby request the Court, to reschedule the deadline to file the stipulated dismissal to January 20, 2011.

The parties have also agreed to stipulate, and hereby request the Court, to reschedule the hearing to show cause for January 27, 2011 at 1:30 p.m.

DATED: Nov. 24, 2010

TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS
MOLLIE F. BENEDICT
WILLIAM H. DANCE

By: /s/ William H. Dance
William H. Dance
Attorneys For Defendants
ALZA CORPORATION and SANDOZ INC.

DATED: 11/24/10

KIESEL, BOUCHER & LARSON, L.L.P.
PAUL R. KIESEL
HELEN ZUKIN

By: /s/ Helen Zukin
HELEN ZUKIN
Attorneys For Plaintiffs

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: 11/24/10 | **BLIZZARD, MCCARTHY & NABERS, L.L.P.**<br>STEPHEN MCCARTHY |
| 3 | | REBECCA KING |
| 4 | | |
| 5 | | By: _____ |
| 6 | | REBECCA KING<br>Attorneys For Plaintiffs |
| 7 | | |
| 8 | | |
| 9 | DATED: 11/24/10 | **HEYGOOD ORR & PEARSON**<br>ERIC PEARSON |
| 10 | | |
| 11 | | |
| 12 | | By: _____ |
| 13 | | ERIC PEARSON<br>Attorneys For Plaintiffs |

3

[PROPOSED] ORDER ON STIPULATED REQUEST TO RESCHEDULE DISMISSAL DEADLINES
CASE NO. C 09 05623 RS

012165 / 003859 / 685852 / 1 /

# [PROPOSED] ORDER

Pursuant to the stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. the stipulated dismissal be filed no later than January 20, 2011; and
2. the hearing to show cause with respect to the stipulated dismissal be rescheduled for January 27, 2011 at 1:30 p.m.

IT IS SO ORDERED.

DATED: 11/24, 2010.

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE