Paul R. Kiesel, Esq. (SBN 119854)
Helen Zukin, Esq. (SBN 117933)
KIESEL, BOUCHER & LARSON, L.L.P.
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Telephone:  (310) 854-4444
Facsimile:  (310) 854-0812

Edward Blizzard, Esq. (*Pro Hac Vice*)
Scott Nabers, Esq. (*Pro Hac Vice*)
Rebecca King, Esq. (*Pro Hac Vice*)
BLIZZARD, McCARTHY & NABERS, L.L.P.
440 Louisiana, Suite 1710
Houston, TX  77002
Telephone:  (713) 844-3750
Facsimile:  (713) 844-3755

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO L. CARREON, individually and as Surviving Spouse of SUSANA Y. CARREON, Deceased and OMAR ARREOLA, Minor Child of SUSANA Y. CARREON, Deceased, by and through his Joint Managing Conservators, NORMA RAMIREZ and JOE RAMIREZ,<br><br>   Plaintiffs,<br><br>v.<br><br>ALZA CORPORATION, SANDOZ, INC., AND DOES 1 through 1000,<br><br>   Defendants. | **CASE NUMBER:**  C:09-05623 RS<br><br>[~~PROPOSED~~] **ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE ON PETITION TO COMPROMISE** |

Having reviewed the stipulation submitted by the parties and good cause appearing, the Court issues the following order:

1. The deadline to file the Opposition to the Petition shall now be due on January 3, 2011;
2. The deadline to file the Reply to the Petition shall now be due on January 7, 2011; and,
3. The hearing on the Petition shall be advanced from February 3, 2011 at 1:30 p.m. to January 13, 2011 at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: 12/29/10                              _____
                                             HONORABLE RICHARD SEEBORG
                                             United States District Court