```
 1  Paul R. Kiesel, Esq. (SBN119854)
    Helen Zukin, Esq. (SBN 117933)
 2  KIESEL, BOUCHER & LARSON, L.L.P.
    8648 Wilshire Boulevard
 3  Beverly Hills, California 90211-2910
    Telephone: (310) 854-4444
 4  Facsimile: (310) 854-0812
 5
    Edward Blizzard, Esq. (Pro Hac Vice)
 6  Scott Nabers, Esq. (Pro Hac Vice)
    Rebecca King, Esq. (Pro Hac Vice)
 7  BLIZZARD, McCARTHY & NABERS, L.L.P.
    440 Louisiana, Suite 1710
 8  Houston, Texas 77002
 9  Telephone: (713) 844-3750
    Facsimile:  (713) 844-3755
10
11  ATTORNEYS FOR PLAINTIFFS
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGIO L. CARREON, individually and as Surviving Spouse of SUSANA Y. CARREON, Deceased and OMAR ARREOLA, Minor Child of SUSANA Y. CARREON, Deceased, by and through his Joint Managing Conservators, NORMA RAMIREZ and JOE RAMIREZ,<br><br>Plaintiffs,<br><br>**v.**<br><br>ALZA CORPORATION, SANDOZ, INC., and DOES 1 through 1000,<br><br>Defendants. | **CASE NUMBER:** C-09-05623 RS<br><br>[~~PROPOSED~~]<br>**ORDER APPROVING COMPROMISE** |

---

1

[~~PROPOSED~~] ORDER APPROVING COMPROMISE - Case No. C 09 05623 RS

1  The matter having come before this Court upon the Petition to Compromise and Settle a
2  Minor's Claim by NORMA RAMIREZ and JOE RAMIREZ, Joint Managing Conservators of the
3  minor plaintiff OMAR ARREOLA, born XX/XX/1995, and the Court having reviewed the
4  Petition, and having reviewed the Confidential Settlement Agreement, Indemnity Agreement and
5  Release, which was submitted under seal for in-camera review, and the Court finding that the
6  allegations of said Petition are true, that the settlement allocation is fair and that it is in the best
7  interests of said minor that the claim be settled as proposed in the Petition and as set out in the
8  Confidential Settlement Agreement, Indemnity Agreement and Release, it is HEREBY
9  ORDERED AND ADJUDGED that the Petition to Compromise is GRANTED, the minor's
10 settlement payments as set forth in the Confidential Settlement Agreement, Indemnity Agreement
11 and Release are approved and ordered.
12 
13   IT IS FURTHER ORDERED AND ADJUDGED that the Petitioners make, execute, and
14 deliver a Stipulation and proposed Order of Dismissal in the above-entitled case.
15   IT IS SO ORDERED.

DATED: _1/12/11_____            _____
                                    HON. RICHARD SEEBORG
                                    UNITED STATES DISTRICT JUDGE