1  Paul R. Kiesel, Esq. (SBN119854)
   Helen Zukin, Esq. (SBN 117933)
2  KIESEL, BOUCHER & LARSON, L.L.P.
   8648 Wilshire Boulevard
3  Beverly Hills, California 90211-2910
4  Telephone: (310) 854-4444
   Facsimile: (310) 854-0812
5
   Edward Blizzard, Esq. (*Pro Hac Vice*)
6  Scott Nabers, Esq. (*Pro Hac Vice*)
7  Rebecca King, Esq. (*Pro Hac Vice*)
   BLIZZARD, McCARTHY & NABERS, L.L.P.
8  440 Louisiana, Suite 1710
   Houston, Texas 77002
9  Telephone: (713) 844-3750
   Facsimile:  (713) 844-3755
10
11 ATTORNEYS FOR PLAINTIFFS

12 **UNITED STATES DISTRICT COURT**

13 **NORTHERN DISTRICT OF CALIFORNIA**

14 SERGIO L. CARREON, individually and as ) **CASE NUMBER:** C:09-05623 RS
   Surviving Spouse of SUSANA Y. CARREON, )
15 Deceased and OMAR ARREOLA, Minor         )    [Complaint Filed]
16 Child of SUSANA Y. CARREON, Deceased, )
   by and through his Joint Managing         ) [~~PROPOSED~~] **ORDER OF**
17 Conservators, NORMA RAMIREZ and JOE       ) **DISMISSAL**
   RAMIREZ,                                   )
18                                            )
19                    Plaintiffs,              )
                                               )
20 v.                                          )
                                               )
21 ALZA CORPORATION, SANDOZ, INC.,             )
   AND DOES 1 through 1000,                    )
22                                             )
23                    Defendants.              )
                                               )
24
25
26
27
28

---

1
[~~PROPOSED~~] ORDER - Case No. C 09 05623 RS

1                                  ~~[PROPOSED]~~ ORDER

2     *Pursuant to the stipulation of counsel and for* good cause shown, IT IS HEREBY

3 ORDERED that:

4     1. the Stipulation of Dismissal is GRANTED and the cause of action and all claims filed

         or asserted by Plaintiffs against Defendants are hereby dismissed, with prejudice,

         pursuant to settlement, with each part to bear his or her own attorneys' fees and costs.

    IT IS SO ORDERED.

DATED: __ 1/18/11 _____               _____
                                                   HONORABLE RICHARD SEEBORG
                                                   United States District Court